JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRADLEY WOOLARD,

               Petitioner,

     v.

Warden, FCI Lompoc,

               Respondent.

Case No. 2:25-cv-02216-CV-PD

**JUDGMENT**

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:   3/23/26

                          *Cynthia Valenzuela*

                          HON. CYNTHIA VALENZUELA
                          UNITED STATES DISTRICT JUDGE